UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>PONCE -FIMBRES )<br>  )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08 CR 1338 - JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Luis Pacheco-Haro

DATED: 4/30/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
      Deputy Clerk